# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3117

_____

Angela R. Young; Charles D. Young,     \*

                                \*

           Appellants,       \*

                                \*   Appeal from the United States

      v.                     \*   District Court for the

                                \*   Eastern District of Arkansas.

United States Department of Housing   \*

and Urban Development; Ocwen        \*

Federal Bank; Greg Whitworth,      \*   [UNPUBLISHED]

professionally and individually; Wilson  \*

& Associates, P.L.L.C.; Robbie Wilson,  \*

professionally and individually; John    \*

Does, unidentified others,           \*

                                \*

          Appellees.        \*

_____

Submitted: June 10, 2003
Filed: October 20, 2003

_____

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

      Charles and Angela Young appeal the district court's[1] adverse disposition of their pro se housing-related claims.  After careful review, we affirm the district court's grant

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

of summary judgment to the United States Department of Housing & Urban Development, Wilson Associates, LLC (the Wilson Firm), and Robert M. Wilson, Jr.; and the court's dismissal of Ocwen Savings Bank. Although the district court did not enter any judgment as to defendant Greg Whitworth, we conclude that the district court intended to dismiss him from the case. See Small Engine Shop, Inc. v. Cascio, 878 F.2d 883, 886-87 (5th Cir. 1989). We deny as moot Whitworth's motion to be added to Ocwen's pleadings. We also deny the Youngs' request to transfer this appeal to the Federal Circuit. The motion of Wilson and the Wilson firm to be dismissed is granted.

The judgment of the district court is affirmed.

_____